Edward C. Duckers (SB #242113)
ecduckers@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700

*Attorneys for Defendant IvisionMobile, Inc.*

Jehan N. Jayakumar (SB #224148)
jehan@cjattorneys.com
CARLSON & JAYAKUMAR LLP
2424 S. E. Bristol, Suite 300
Newport Beach, CA 92660
Telephone:  (949) 222-2008

*Attorneys for Defendant Textopoly, Inc.*

Suzanne Havens Beckman (SB #188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Ste. 100
Santa Monica, CA 90405
Tel: (818) 990-1299

*Attorneys for Plaintiff and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CECILIA SNYDER, individually and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiff,<br><br>v.<br><br><br>IVISIONMOBILE, INC., a California corporation, and TEXTOPOLY, INC., a California corporation,<br><br>                    Defendants. | Case No. 13-CV-05946-EJD<br><br>**STIPULATION TO ENGAGE IN PRIVATE MEDIATION** |

**STIPULATION TO ENGAGE IN PRIVATE MEDIATION**

Defendant IvisionMobile, Inc. ("IvisionMobile"), by and through its attorneys Freeborn & Peters LLP and Stoel Rives LLP, Defendant Textopoly, Inc. ("Textopoly"), by and through its attorneys Carlson & Jayakumar LLP, and Plaintiff Cecilia Snyder ("Snyder"), by and through her attorneys Dracup & Patterson, Parisi & Havens, LLP and McGuire Law, P.C., hereby stipulate to engage in private mediation to resolve this dispute.  In support of this Stipulation, the parties state as follows:

1. On July 28, 2014, pursuant to Court Order (Dkt. 40), the parties participated in a telephonic ADR phone conference with Howard A. Herman, director of the Court's ADR Program.  On August 18, 2014, the parties participated in a follow-up telephonic ADR conference with Mr. Herman.

2. At the August 18, 2014 ADR conference, the parties expressed their mutual desire to engage in private mediation to attempt to resolve this dispute.

3. The parties share the goal of holding this private mediation within 90 days, or by November 24, 2014.

IT IS HEREBY STIPULATED between Defendant IvisionMobile, Inc., Defendant Textopoly, Inc., and Plaintiff Cecilia Snyder, through their respective counsel, pursuant to Local Rule 6-2, that the parties will engage in private mediation to attempt to resolve this dispute by November 24, 2014.

//
//
//
//
//
//
//

Dated:  September 3, 2014

FREEBORN & PETERS LLP

By:/s/ Marc H. Kallish
   Marc H. Kallish
   Eric B. Powers

   *Attorneys for Defendant*
   *IvisionMobile, Inc.*

Dated:  September 3, 2014

CARLSON & JAYAKUMAR LLP

By:/s/ Jehan N. Jayakumar
   Keith W. Carlson
   Jehan N. Jayakumar
   *Attorneys for Defendant*
   *Textopoly, Inc.*

Dated:  September 3, 2014

MCGUIRE LAW, P.C

By:/s/ Evan M. Meyers
   Evan M. Meyers (admitted *pro hac vice*)
   *Attorneys for Plaintiff*
   *Cecilia Snyder*