Edward C. Duckers (SB #242113)
ecduckers@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Tel:  (916) 447-0700

*Attorneys for Defendant IvisionMobile, Inc.*

Jehan N. Jayakumar (SB #224148)
jehan@cjattorneys.com
CARLSON & JAYAKUMAR LLP
2424 S. E. Bristol, Suite 300
Newport Beach, CA 92660
Tel:  (949) 222-2008

*Attorneys for Defendant Textopoly, Inc.*

Jeffrey A. Dracup (SB #110516)
jdracup@gmail.com
DRACUP & PATTERSON ALC
270 N. El Camino Real, Suite 510
Encinitas, California 92024
Tel: (949) 309-1535

*Attorneys for Plaintiff and the Putative Class*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CECILIA SNYDER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>IVISIONMOBILE, INC., a California corporation, and TEXTOPOLY, INC., a California corporation,<br><br>Defendants. | ) Case No. 13-CV-05946-EJD<br>)<br>)<br>)<br>) **JOINT STIPULATION FOR**<br>) **DISMISSAL WITH PREJUDICE**<br>) **AS TO PLAINTIFF'S**<br>) **INDIVIDUAL CLAIMS AND**<br>) **WITHOUT PREJUDICE AS TO**<br>) **THE CLAIMS OF THE**<br>) **PUTATIVE CLASS**<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED by and between Plaintiff Cecilia Snyder ("Plaintiff"), and Defendants IvisionMobile, Inc. and Textopoly, Inc. (together, the "Defendants"), through their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this entire action shall be, and is, dismissed WITH PREJUDICE as to all claims asserted by Plaintiff against Defendants on an individual basis, and WITHOUT PREJUDICE as to the claims, if any, of putative class members.

IT IS SO STIPULATED.

Dated:  November 3, 2014                    FREEBORN & PETERS LLP


By:/s/ Marc H. Kallish
    Marc H. Kallish (admitted *pro hac vice*)
    Eric B. Powers

    *Attorneys for Defendant*
    *IvisionMobile, Inc.*


Dated:  November 3, 2014                    CARLSON & JAYAKUMAR LLP


By:  /s/ Jehan N. Jayakumar
    Keith W. Carlson
    Jehan N. Jayakumar

    *Attorneys for Defendant*
    *Textopoly, Inc.*

Dated:  November 3, 2014                    MCGURE LAW, P.C


By:  /s/ Evan M. Meyers
    Evan M. Meyers (admitted *pro hac vice*)

    *Attorneys for Plaintiff*
    *Cecilia Snyder*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on November 3, 2014, I caused the foregoing *Joint Stipulation for Dismissal With Prejudice as to Plaintiff's Individual Claims and Without Prejudice as to the Claims of the Putative Class* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party:

MARC H. KALLISH
mkallish@freeborn.com
ERIC B. POWERS
epowers@freeborn.com
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

EDWARD C. DUCKERS
ecduckers@stoel.com
CARISSA M. BEECHAM
cmbeecham@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814

JEHAN N. JAYAKUMAR
Jehan@cjattorneys.com
CARLSON & JAYAKUMAR LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660

/s/  Evan M. Meyers