Edward C. Duckers (SB #242113)
ecduckers@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Tel: (916) 447-0700

*Attorneys for Defendant IvisionMobile, Inc.*

Jehan N. Jayakumar (SB #224148)
jehan@cjattorneys.com
CARLSON & JAYAKUMAR LLP
2424 S. E. Bristol, Suite 300
Newport Beach, CA 92660
Tel: (949) 222-2008

*Attorneys for Defendant Textopoly, Inc.*

Jeffrey A. Dracup (SB #110516)
jdracup@gmail.com
DRACUP & PATTERSON ALC
270 N. El Camino Real, Suite 510
Encinitas, California 92024
Tel: (949) 309-1535

*Attorneys for Plaintiff and the Putative Class*

IT IS SO ORDERED
Judge Edward J. Davila
Dated: 11/4/2014

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CECILIA SNYDER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>IVISIONMOBILE, INC., a California corporation, and TEXTOPOLY, INC., a California corporation,<br><br>Defendants. | Case No. 13-CV-05946-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS** |

Stipulation of Dismissal                                                                 13-CV-05946-EJD

1    IT IS HEREBY STIPULATED by and between Plaintiff Cecilia Snyder ("Plaintiff"),
2 and Defendants IvisionMobile, Inc. and Textopoly, Inc. (together, the "Defendants"), through
3 their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure
4 41(a)(1)(ii), this entire action shall be, and is, dismissed WITH PREJUDICE as to all claims
5 asserted by Plaintiff against Defendants on an individual basis, and WITHOUT PREJUDICE
6 as to the claims, if any, of putative class members.  The Clerk shall close this file.
7    IT IS SO STIPULATED.

Dated:  November 3, 2014                FREEBORN & PETERS LLP

By:/s/ Marc H. Kallish
  Marc H. Kallish (admitted *pro hac vice*)
  Eric B. Powers

  *Attorneys for Defendant*
  *IvisionMobile, Inc.*

Dated:  November 3, 2014                CARLSON & JAYAKUMAR LLP

By:  /s/ Jehan N. Jayakumar
  Keith W. Carlson
  Jehan N. Jayakumar

  *Attorneys for Defendant*
  *Textopoly, Inc.*

Dated:  November 3, 2014                MCGURE LAW, P.C

By:  /s/ Evan M. Meyers
  Evan M. Meyers (admitted *pro hac vice*)

  *Attorneys for Plaintiff*
  *Cecilia Snyder*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on November 3, 2014, I caused the foregoing *Joint Stipulation for Dismissal With Prejudice as to Plaintiff's Individual Claims and Without Prejudice as to the Claims of the Putative Class* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party:

MARC H. KALLISH
mkallish@freeborn.com
ERIC B. POWERS
epowers@freeborn.com
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

EDWARD C. DUCKERS
ecduckers@stoel.com
CARISSA M. BEECHAM
cmbeecham@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814

JEHAN N. JAYAKUMAR
Jehan@cjattorneys.com
CARLSON & JAYAKUMAR LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660

/s/  Evan M. Meyers